UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED COMPOST AND ORGANICS, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICOLE MURPHY, an individual and GEOFF MURPHY, an individual, dba FOUR SEASONS LANDSCAPING MATERIALS,<br><br>　　　　　Defendants. | No.  2:14-cv-00858-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a "Notice of Settlement" on July 2, 2014, in which it states: "this action has . . . settled in its entirety. The parties expect to file dispositional documents no later than August 4, 2014." (Notice of Settlement, ECF No. 5.)

　　　　Therefore, a dispositional document shall be filed no later than August 4, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　Further, the Status Conference scheduled for hearing on July 21, 2014, is continued to commence at 9:00 a.m. on September 15, 2014, in the event no dispositional document is filed, or if

this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  July 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2