UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED COMPOST AND ORGANICS, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICOLE MURPHY, an individual and GEOFF MURPHY, an individual, dba FOUR SEASONS LANDSCAPING MATERIALS,<br><br>　　　　　Defendants. | No.  2:14-cv-00858-GEB-AC<br><br>**DISMISSAL ORDER** |

　　　　Plaintiff filed a "Notice of Settlement" on July 2, 2014, in which it states: "this action has . . . settled in its entirety. The parties expect to file dispositional documents no later than August 4, 2014." (Notice of Settlement, ECF No. 5.) Therefore, an "Order Re: Settlement and Disposition" was filed on July 8, 2014, which directed the parties to file a dispositional document no later than August 4, 2014. (Order, ECF No. 6.) The July 8, 2014 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

　　　　Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency

1

of this action, this action is dismissed without prejudice.

    IT IS SO ORDERED.

Dated:  August 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge